JS-6

FAYER GIPSON LLP
A Limited Liability Partnership
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@fayergipson.com
MICHELLE K. MILLARD (State Bar No. 298245)
MMillard@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: (310) 557-3558
Facsimile: (310) 557-3589

Attorneys for Plaintiffs
WORLD GYM INTERNATIONAL IP, LLC,
A Delaware limited liability company
WORLD GYM INTERNATIONAL, LLC
A Delaware limited liability company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WORLD GYM INTERNATIONAL IP, LLC, A Delaware Limited Liability Company; WORLD GYM INTERNATIONAL, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br>CARLOS ALBERTO DE SOUZA, aka CARLOS VIANA, a natural person; TOMAS DE AQUINO MOTTO MOREIRA, a natural person; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 15-4534-GW(AJWx)<br><br>**ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(A)(i)**<br><br>Judge:     Hon. George H. Wu<br>Ctrm:      10<br><br>Action filed: June 15, 2015<br>Trial date:   Not set |

**[PROPOSED] ORDER**

## ORDER

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the notice of voluntary dismissal filed by plaintiffs World Gym International IP, LLC and World Gym International, LLC, it is hereby ORDERED that this entire action, and each of the claims set forth therein, is voluntarily dismissed in its entirety without prejudice.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  May 20,2 016                    _____
                                         Hon. George H. Wu
                                         United States District Judge